THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID SATHER,<br><br>        Defendant. | CASE NO. C13-1870-JCC<br><br>ORDER |

The Court, having reviewed the Complaint, Defendants' Motion for Summary Judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. (Dkt. No. 16.)

(2) Defendants' motion for summary judgment (Dkt. No. 14) is GRANTED.

(3) Plaintiff's complaint (Dkt. No. 7) and this action are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and this dismissal constitutes a dismissal under 28 U.S.C. § 1915(g).

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable James P. Donohue.

//

//

ORDER
PAGE - 1

DATED this 16th day of September 2014.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE